# **EXHIBIT A**

**3SI SYSTEMS AND SURGICAL SAFETY FINANCIALS**

# Downing Health Technologies, LLC
## Balance Sheet
### As of December 31, 2015

|  | | Total |
|---|---|---:|
| **ASSETS** | | |
|   **Current Assets** | | |
|     Cash | | 156,808.91 |
|     **Total Cash** | $ | 152,804.62 |
|     Other current assets | | |
|       Total I/C Activity | $ | 712,936.50 |
|     **Total Other current assets** | $ | 712,936.50 |
|   **Total Current Assets** | $ | 865,741.12 |
|   **Fixed Assets** | | |
|     Computer | | 5,834.55 |
|   **Total Fixed Assets** | $ | 5,834.55 |
|   **Other Assets** | | |
|     Total Investments | $ | 4,871,982.00 |
|   **Total Other Assets** | $ | 4,871,982.00 |
| **TOTAL ASSETS** | $ | 5,743,557.67 |
| **LIABILITIES AND EQUITY** | | |
|   **Liabilities** | | |
|     **Current Liabilities** | | |
|       Accounts Payable | | |
|         Accounts Payable | | 138,242.39 |
|       **Total Accounts Payable** | $ | 138,242.39 |
|       Other Current Liabilities | | |
|         Demand Note 1 - DIP, LP | | 195,500.00 |
|         Demand Note 2 - DIP, LP | | 15,000.00 |
|         Payroll Tax Liabilities | | 35,814.26 |
|         Total Payroll Tax Liabilities | $ | 1.30 |
|       **Total Other Current Liabilities** | $ | 210,501.30 |
|     **Total Current Liabilities** | $ | 348,743.69 |
|     **Long-Term Liabilities** | | |
|       Notes Payable (C) | | |
|       Total Notes Payable (C) | $ | 142,188.00 |
|     **Total Long-Term Liabilities** | $ | 142,188.00 |
|   **Total Liabilities** | $ | 490,931.69 |
|   **Equity** | | |
|     Common Stock | | 10,000.00 |
|     **Preferred Stock** | | |
|       Series A Preferred Stock | | 800,500.00 |
|       Series B Preferred Stock | | 1,825,782.00 |
|       Series C Preferred Stock | | 8,397,332.00 |
|     **Total Preferred Stock** | $ | 11,023,614.00 |
|     Retained Earnings | | -1,701,925.80 |
|     Net Income | | -4,079,062.22 |
|   **Total Equity** | $ | 5,252,625.98 |

| | | |
|---|---|---|
| **TOTAL LIABILITIES AND EQUITY** | $ | 5,743,557.67 |

Wednesday, Feb 10, 2016 02:43:23 PM PST GMT-5 - Accrual Basis

# Downing Health Technologies, LLC
# Profit and Loss
### January - December 2015

|  | Total |
|---|---:|
| **Income** | |
| **Total Income** | |
| **Gross Profit** | $ 0.00 |
| **Expenses** | |
| Advertising | 4,900.00 |
| Ask | 1,719.92 |
| Bank Service Charge | 448.25 |
| Commission | 15,136.54 |
| Computer & Internet | 1,982.71 |
| Computer Software | 176.33 |
| Dues and Subscriptions | 12,380.81 |
| Foreign Currency Fee | 13.38 |
| Home Computer & Internet | 1,401.20 |
| Home Office Supplies | 205.33 |
| Home Office Telephone | 1,873.38 |
| Insurance | |
|   Business Owners Liability | 857.00 |
|   Health Insurance | 167,382.62 |
|   Workers Compensation | 2,232.03 |
| **Total Insurance** | **$ 170,471.65** |
| Legal & Professional Fees | 5,918.18 |
|   Legal Fees | 5,000.00 |
| **Total Legal & Professional Fees** | **$ 10,918.18** |
| Office Supplies | 2,411.67 |
| Payroll (ER) Tax Expenses | 68,746.69 |
|   PA SUI ER | 637.06 |
| **Total Payroll (ER) Tax Expenses** | **$ 69,383.75** |
| Postage | 364.79 |
| Professional Fees | |
|   Accounting | 6,375.00 |
|   Payroll Fees | 7,137.97 |
|   Recruiting fees | 187,780.00 |
| **Total Professional Fees** | **$ 201,292.97** |
| Rent | |
|   One | 4,500.00 |
| **Total Rent** | **$ 4,500.00** |
| Salaries & Wages | 3,488,045.74 |
| Sales Tax Paid | 17.85 |
| Taxes | 325.00 |
| Telephone | 3,170.16 |
| Travel | |
|   Air Fare | 14,619.59 |
|   Fuel | 165.04 |

|  |  |  |
|---|---:|---:|
| **Lodging & Entertainment** |  | 21,292.24 |
| **Meals** |  | 9,993.01 |
| **Mileage** |  | 9,347.11 |
| **Parking and Tolls** |  | 2,628.24 |
| **Transportation** |  | 26,960.98 |
| **Total Travel** | $ | **85,006.21** |
| **Uncategorized Expense** |  | 2,575.75 |
| **Total Expenses** | $ | **4,078,721.57** |
| **Net Operating Income** | -$ | **4,078,721.57** |
| **Other Expenses** |  |  |
| **Other Miscellaneous Expense** |  | 340.65 |
| **Total Other Expenses** | $ | **340.65** |
| **Net Other Income** | -$ | **340.65** |
| **Net Income** | -$ | **4,079,062.22** |

Thursday, Jan 14, 2016 09:03:22 AM PST GMT-5 - Accrual Basis

**Surgical Safety Solutions, LLC**
**Balance Sheet**
As of December 31, 2015

|  |  | Total |
|---|---|---:|
| **ASSETS** |  |  |
|   **Current Assets** |  |  |
|     Cash |  | 155,482.25 |
|     **Total Cash** | $ | 155,384.75 |
|     Accounts Receivable |  |  |
|       Interest Receivable |  | 1,470.00 |
|     **Total Accounts Receivable** | $ | 1,470.00 |
|     Other current assets |  |  |
|       Accum Amortization |  | -8,346.00 |
|       Employee Cash Advances |  | 12,438.23 |
|         Len Mancini |  | 8,000.00 |
|       **Total Employee Cash Advances** | $ | 20,438.23 |
|       **Total I/C Activity** | -$ | 177,659.09 |
|       Loan to Len Mancini |  | 22,416.65 |
|     **Total Other current assets** | -$ | 143,150.21 |
|   **Total Current Assets** | $ | 13,704.54 |
|   **Fixed Assets** |  |  |
|     Accumulated Depreciation |  | -1,914.00 |
|     Computers |  | 51,020.39 |
|     Furniture and Equipment |  | 64,109.77 |
|     Office Construction |  | 5,520.00 |
|     POC Prototype |  | 7,771.00 |
|     Website |  | 1,588.00 |
|   **Total Fixed Assets** | $ | 128,095.16 |
|   **Other Assets** |  |  |
|     Patents |  | 3,960.00 |
|     Trademarking |  | 2,802.00 |
|   **Total Other Assets** | $ | 6,762.00 |
| **TOTAL ASSETS** | $ | 148,561.70 |
| **LIABILITIES AND EQUITY** |  |  |
|   **Liabilities** |  |  |
|     **Current Liabilities** |  |  |
|       Accounts Payable |  |  |
|       **Total Accounts Payable** | $ | 0.00 |
|       Other Current Liabilities |  |  |
|         Total Payroll Tax Liabilities | -$ | 12,824.42 |
|         Advance - Downing Investment |  | 2,200.00 |
|       **Total Other Current Liabilities** | -$ | 15,215.50 |
|     **Total Current Liabilities** | -$ | 15,215.50 |
|     **Long-Term Liabilities** |  |  |
|       Convertible Notes |  |  |
|         DHT |  | 1,545,200.00 |
|       **Total Convertible Notes** | $ | 1,545,200.00 |
|       Notes |  |  |
|         Rice |  | 200,000.00 |
|         Howley |  | 250,000.00 |
|         Grumbine |  | 250,000.00 |
|         Mancini |  | 200,000.00 |
|         Wakelin |  | 250,000.00 |
|       **Total Notes** | $ | 1,150,000.00 |
|     **Total Long-Term Liabilities** | $ | 2,695,200.00 |
|   **Total Liabilities** | $ | 2,679,984.50 |
|   **Equity** |  |  |
|     Opening Balance Equity |  | 0.00 |
|     Partners Capital |  |  |
|       Downing Investment Partners |  | 10,000.00 |
|       Marco Zenati |  | 5,000.00 |
|       Series A Preferred Stock |  | 500,000.00 |
|       Series B Preferred Stock |  | 5,640,272.00 |
|     **Total Partners Capital** | $ | 6,155,272.00 |
|     Retained Earnings |  | -4,778,698.22 |
|     Telecardia Investment |  | 0.00 |
|     Net Income |  | -3,907,996.58 |
|   **Total Equity** | -$ | 2,531,422.80 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 148,561.70 |

**Surgical Safety Solutions, LLC**
**Profit and Loss**
January - December 2015

|  | Total |
|---|---:|
| **Income** | |
| **Total Income** | |
| **Cost of Goods Sold** | |
|   Supplies & Materials - COGS | 18,938.02 |
| **Total Cost of Goods Sold** | $ 18,938.02 |
| **Gross Profit** | -$ 18,938.02 |
| **Expenses** | |
|   Automobile Expense | 116.61 |
|   Bank Service Charges | 386.39 |
|   Computer and Internet Expenses | 31,143.14 |
|   Conference Fees | 7,675.29 |
|   Conference Hosting Expense | 526.44 |
|   Consulting Fees | 196,260.87 |
|   Contributions/Donations | 6,000.00 |
|   Currency exchange fees | 28.41 |
|   Data Base Management | 50,915.18 |
|   Design Support | 35,885.60 |
|   Dues and Subscriptions | 11,613.06 |
|   Employee Benefits | |
|     Health Insurance | 114,434.00 |
|   **Total Employee Benefits** | $ 114,434.00 |
|   Finance Charges | 2,776.35 |
|   Furniture Rental | 458.00 |
|   Healthcare Reimbursement | 1,212.72 |
|   Home Computer and Internet Expenses | 66.89 |
|   Home Office Supplies | 401.69 |
|   Home Office Telephone | 1,336.24 |
|   Insurance Expense | |
|     Business Owners | 6,406.00 |
|     Workers Compensation | 3,275.98 |
|   **Total Insurance Expense** | $ 9,681.98 |
|   Interest Expense | 951.11 |
|   Late Fee | 2.79 |
|   Legal & Professional Fees | 90,969.28 |
|     Accounting | 9,525.04 |
|     Engineering Services | 41,496.00 |
|     Payroll Processing Fees | 9,376.54 |
|   **Total Legal & Professional Fees** | $ 151,366.86 |
|   Licenses & Regulatory fees | 20,013.96 |
|   Marketing | 22,100.00 |
|   Meals & Entertainment | 10,543.99 |
|   Office Supplies | 3,803.22 |
|   Outside Services | 598.64 |
|   Payroll Tax Expense ER | 99,831.32 |
|   Postage and Delivery | 764.92 |
|   Recruiting Fees | 71,130.00 |
|   Relocation | 13,650.00 |
|   Rent Expense | 233,252.91 |
|     Late Fees | 5,097.77 |
|     Operating Expenses-Burlington | 11,262.97 |
|     Real Estate Tax Escrow | 2,544.00 |
|   **Total Rent Expense** | $ 252,157.65 |
|   Salaries & Wages | 2,609,654.92 |
|   Sales Tax Paid | 98.97 |
|   Shipping & Delivery | 4,538.08 |
|   Software | 546.13 |
|   Software for Accounting | 1,103.65 |
|   Supplies | 13,388.43 |
|   Taxes | 43.65 |
|     Corporation Tax | 2,766.96 |
|   **Total Taxes** | $ 2,810.61 |
|   Telephone Expense | 6,522.64 |
|   Travel Expense | |
|     Fuel | 363.29 |
|     Lodging | 48,917.16 |
|     Meals and Entertainment | 221.77 |
|     Mileage | 14,455.12 |
|     Parking/Tolls | 3,359.65 |
|     Postage | 45.60 |
|     Transportation | 52,811.36 |
|   **Total Travel Expense** | $ 120,173.95 |
|   Utilities | 13,592.28 |
| **Total Expenses** | $ 3,890,262.98 |
| **Net Operating Income** | -$ 3,909,201.00 |
| **Other Income** | |
|   Other Miscellaneous Income | 500.00 |
| **Total Other Income** | $ 500.00 |
| **Other Expenses** | |
|   Other Miscellaneous Expense | -704.42 |
| **Total Other Expenses** | -$ 704.42 |
| **Net Other Income** | $ 1,204.42 |
| **Net Income** | -$ 3,907,996.58 |