UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESLEY HOLDINGS LTD., <br><br> Plaintiff, <br><br> v. <br><br> 3SI SYSTEMS, LLC, SURGICAL SAFETY SOLUTIONS, LLC, DOWNING HEALTH TECHNOLOGIES, LLC, DOWNING INVESTMENT PARTNERS, LP, DOWNING PARTNERS, LLC, HANNOVER SQUARE CAPITAL PARTNERS, LP, CLINIFLOW TECHNOLOGIES, LLC, and DAVID W. WAGNER, <br><br> Defendants. | Case No. 1:17-cv-3362-UA |

## NOTICE OF MOTION FOR THE APPOINTMENT OF A RECEIVER

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Motion for the Appointment of a Receiver, Declaration of Michael H. Shaut, Declaration of Joseph O. Wesley, and the Declaration of Keith R. Murphy, Plaintiff Wesley Holdings Ltd. hereby moves this Court, the Honorable Katherine P. Failla, United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 618, 40 Foley Square, New York, NY 10007, for the entry of an Order: (1) appointing a receiver pursuant to Rule 66 of the Federal Rules of Civil Procedure; and (2) granting such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Date: May 9, 2017<br>New York, New York | By: s/*Keith R. Murphy*<br>BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br>Samuel M. Light<br>Email: slight@bakerlaw.com |
| *Of Counsel:*<br><br>BAKER & HOSTETLER LLP<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114<br>Telephone: (216) 621-0200<br>Facsimile: (216) 696-0740<br>Michael A. VanNiel<br>Email: mvanniel@bakerlaw.com<br>Alexis C. Beachdell<br>Email: abeachdell@bakerlaw.com<br>*Attorneys for Wesley Holdings Ltd.* | BAKER & HOSTETLER LLP<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114<br>Telephone: (216) 621-0200<br>Facsimile: (216) 696-0740<br>Matthew R. Goldman<br>Email: mgoldman@bakerlaw.com<br><br>*Attorneys for Wesley Holdings Ltd.* |