**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

WESLEY HOLDINGS LTD.,

    Plaintiff,

v.

3SI SYSTEMS, LLC, SURGICAL SAFETY SOLUTIONS, LLC, DOWNING HEALTH TECHNOLOGIES, LLC, DOWNING INVESTMENT PARTNERS, LP, DOWNING PARTNERS, LLC, HANNOVER SQUARE CAPITAL PARTNERS, LP, CLINIFLOW TECHNOLOGIES, LLC, AND DAVID W. WAGNER,

    Defendants.

Case No. 1:17-cv-3362-UA

JUDGE KATHERINE POLK FAILLA

## ORDER DISCHARGING RECEIVER AND TERMINATING RECEIVERSHIP

This matter came before the Court upon the *Order Granting Joint Letter Motion Requesting Approval of Receivership Wind Down Procedures* (ECF 220) (the **"Wind Down Order"**)[1] previously entered by the Court and the *Notice of Submission of Discharge Order* (ECF 230) filed by William A. Brandt, Jr. of Development Specialists, Inc., the duly-appointed and acting receiver for 3si Systems, LLC and its assets (the **"Receiver"**) the Receiver. In accordance with the terms of the Wind Down Order previously entered and approved by this Court,

**IT IS NOW, THEREFORE, HEREBY ORDERED THAT:**

1.    In accordance with and for the reasons set forth in the Wind Down Order, as of the date of entry of this Order, the Receiver is fully discharged from all responsibilities and obligations

---

[1] Capitalized terms not otherwise defined herein shall have the definition ascribed to them in the Wind Down Order.

whatsoever related to the receivership estate, the Collateral, the Receivership Order, the Receivership Action, or any person or entity in any way related to any of the foregoing.

2. In accordance with and for the reasons set forth in the Wind Down Order, as of the date of entry of this Order, the receivership estate is terminated.

3. The Court shall have exclusive jurisdiction to enforce all terms and conditions of this Order.

**IT IS SO ORDERED.**

_____
Honorable Katherine Polk Failla
United States District Judge

Dated: February 6, 2020
New York, New York