UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESLEY HOLDINGS LTD.,<br><br>      Plaintiff,<br><br>v.<br><br>3SI SYSTEMS, LLC, SURGICAL SAFETY SOLUTIONS, LLC, DOWNING HEALTH TECHNOLOGIES, LLC, DOWNING INVESTMENT PARTNERS, LP, DOWNING PARTNERS, LLC, HANNOVER SQUARE CAPITAL PARTNERS, LP, CLINIFLOW TECHNOLOGIES, LLC, AND DAVID W. WAGNER,<br><br>      Defendants. | Case No. 1:17-cv-3362-UA<br><br>JUDGE KATHERINE POLK FAILLA |

## ORDER DISMISSING CASE WITH PREJUDICE

This matter came before the Court upon the *Order Granting Joint Letter Motion Requesting Approval of Receivership Wind Down Procedures* (Dkt. #220) (the "**Wind Down Order**") previously entered by the Court and the Letter Motion to Dismiss Case with Prejudice (Dkt. #233) filed by Wesley Holdings Ltd., the plaintiff in this case. In accordance with the terms of the Wind Down Order previously entered and approved by this Court,

**IT IS NOW, THEREFORE, HEREBY ORDERED THAT:**

1. In accordance with and for the reasons set forth in the Wind Down Order, as of the date of entry of this Order, this case is dismissed in its entirety with prejudice.

2. The Court shall have exclusive jurisdiction to enforce all terms and conditions of this Order.

**IT IS SO ORDERED.**

*(signed)* Katherine Polk Failla
_____
Honorable Katherine Polk Failla
United States District Judge

Dated :   February 18, 2020
          New York, New York